CRIMINAL MINUTES
PROBATION VIOLATION OR SUPERVISED RELEASE VIOLATION

United States of America                 Case 1:01cr55

vs.

DAVID BUTCHER

Court Personnel:
U.S. Magistrate Judge Timothy S. Black
Courtroom Deputy: Jan Lahley
Court Reporter:    ditigal recording   TBO 71220-123735
Date:              12/20/07

Attorney for USA:          Christy Muncy
Attorney for Defendant:    Federal Public Defender C. Ransom Hudson

__x__   Initial appearance held. Defendant informed of rights and charges.

__✓__   Case continued for Probable Cause Hearing __✓__  Detention Hearing __✓__
        on Wed. 12/26/07 1:30 before MJ Hogan
_____   Probable cause hearing held/waived. Defendant to appear before District Judge WEBER for
        Probation Violation/supervised release hearing.

_____   Probable cause found / not found

_____   Defendant DETAINED pending hearing.
_____   Defendant RELEASED on _____ bond

__✓__   Order APPOINTING counsel  FPD

Remarks:
_____
_____
_____

Time waived
12/20/07 3:30
D reappeared. waived probable cause + detention not necessary.
waived detention hearing
Hearing 12/26 vacated