UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

UNITED STATES OF AMERICA

-vs-                                            Case No. CR-1-01-55 (20)

DAVID BUTCHER

## WAIVER OF PRELIMINARY EXAMINATION
## OR HEARING
## (RULE 5 OR 32.1, FED. R CRIM. P.)

I, **DAVID BUTCHER**, charged in a Petition pending in this district with supervised release violation in violation of Title  and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary examination or hearing, do hereby waive (give up) my right to a preliminary examination or hearing.

_____  
_Dave C Butch_  
Defendant

12/20/07  
Date

_C. Ransom Hudson_  
Counsel for Defendant

AO 468 (1/86) Waiver of Preliminary Examination or Hearing