UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v                                                Criminal: CR-1-01-55

DAVID BUTCHER

    Defendant

**ORDER**

**Parties are hereby notified that the above styled case is SCHEDULED for a Revocation Hearing on Tuesday, January 8, 2008 at 9:00 a.m.**

**IT IS SO ORDERED.**

                                                          s/Herman J. Weber
                                                      Judge Herman J. Weber
                                                    United States District Court