UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


UNITED STATES OF AMERICA,

      Plaintiff

v                                                    Criminal: CR-1-01-55

DAVID BUTCHER

      Defendant

## ORDER

**Parties are hereby notified that the Revocation Hearing scheduled for January 8, 2008 at 9:00 a.m. RESCHEDULED to Monday, January 7, 2008 at 1:30 p.m.**

**IT IS SO ORDERED.**


_____s/Herman J. Weber_____
Judge Herman J. Weber
United States District Court