PROB 12A
(12/98)

Rec'd 6/4/08

# United States District Court

for

## Southern District of Ohio

## Report on Offender Under Supervision

Name of Offender: **David Butcher**                                   Case Number: **1:01CR00055**

Name of Sentencing Judicial Officer:   **The Honorable Herman J. Weber**
**United States Senior District Judge**

Date of Original Sentence: **January 7, 2008**

Original Offense: **Conspiracy to Distribute and Possess with Intent to Distribute Marijuana, in violation of Title 21 U.S.C. §§ 846 and 841(a)(1)and (b)(1)(D) and 841(b)(1)(D), a Class C Felony**

Original Sentence: **3/15/2002: Sentenced to 33 months prison, 4 years supervised release. 1/7/2008, supervise release violation. Sentenced to time served, 12 month(s) supervised release**

Type of Supervision: **Supervised Release**          Date Supervision Commenced: **January 7, 2008**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | You shall not commit another Federal, state, or local crime. On February 11, 2008, Butcher was cited in Adams County, Ohio for Driving under Suspension and Failure to Yield. The case has been continued until June 9, 2008. In addition, on February 20, 2008, Butcher was cited in Brown County, Ohio, with Driving under Suspension and Assured Cleared Distance; however, this was dismissed on April 21, 2008. |

U.S. Probation Officer Action: As the Court will recall, on January 7, 2008, Butcher appeared in Court on violation proceedings as he had several cases pending for Driving under Suspension and a case for Driving under the Influence in Brown County, Ohio, which he had not resolved and was the basis of why he continued to be cited for Driving under Suspension. While in Court on revocation proceedings, the Court gave Butcher credit for time served and placed him on one year supervised release. He was told to take care of the pending charges immediately.

Mr. Butcher has slowly been resolving the pending cases. On April 21, 2008, Butcher appeared in Brown County Municipal Court for the pending cases of Driving under the Influence and Child Endangerment which originally occurred on July 26, 2005. He was sentenced to 180 days in jail with 177 day suspended and two years probation for Driving under the Influence, but the Child Endangerment charge was dismissed. Butcher also has two capias warrants in Hamilton County, Ohio for Driving under Suspension which he still needs to resolve. The Court was previously notified of this prior to his revocation hearing. Butcher states he has not had the money to drive to Cincinnati to pay the citations.

As Butcher had the Driving under the Influence charge pending for so long, his driver's license was never reinstated. Therefore, he was again cited on February 11, 2008, in Adams County for Driving under Suspension. This case has been continued until June 9, 2008.

PROB 12A
(12/98)

2

RE: BUTCHER, Dave                                                                                                      Page Two

Butcher continues to owe $600.00 toward his Court ordered fine. His employment has been sporadic. This officer will continue to discuss this matter with Butcher.

At this time, it is respectfully recommended that the Court take notice of the pending Driving under Suspension case, but that no action be taken at this time. This officer will continue to monitor Butcher.

|  | Respectfully submitted, | Approved, |
|---|---|---|
| by | *Dafla Huffman* | by *Robert C. Frommeyer* |
|  | **Dafla J. Huffman** | **Robert C. Frommeyer Jr.** |
|  | U. S. Probation Officer | Supervising U. S. Probation Officer |
|  | Date:  **June 3, 2008** | Date:  **June 3, 2008** |

[✓]  I concur with the recommendation of the Probation Officer
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons

Signature of Judicial Officer

6/4/08
Date